FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2022

No. 04-22-00166-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01204
Honorable Mary Lou Alvarez, Judge Presiding

Original Mandamus Proceeding[1]

# O R D E R

Sitting:      Luz Elena D. Chapa, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

On April 27, 2022, relator filed a "Second Motion for Review of Further Orders and Motion to Enforce Stay" arguing the trial court's April 25, 2022 "Order Following Hearing Regarding Placement," and specifically paragraph 2.1, violated this court's March 22 and April 7 orders. Relator requested, as relief, that this court grant the motion and, after review, void the trial court's April 25, 2022 order. On May 6, 2022, we ordered Respondent to show cause why decretal paragraph 2.1 of its April 25, 2022 order is not void and of no effect because it violated this court's March 22 and April 7 orders. Respondent filed a response on May 18, 2022, arguing its April 25, 2022 order did not violate this court's March 22 and April 7 orders.

We **GRANT** relator's request to review the April 25, 2022 order. We **HOLD ALL OTHER REQUESTED RELIEF IN ABEYANCE** pending further order of this court.

It is so **ORDERED** on June 3, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,



---

[1] This proceeding arises out of Cause No. 2020-PA-01204, styled *In the Interest of E.R.G., A Child*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.